

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

IN THE MATTER OF THE ISSUANCE OF
A CRIMINAL COMPLAINT AND ARREST
WARRANT RE:

DWIGHT DARNELL WARE MCEACHIN

Case No. 2:25-mj- 75

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Jason E. Brumbelow, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent employed by the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am assigned to the HSI office in Norfolk, Virginia. I have been employed as a Special Agent with HSI since January 2008. I am currently assigned to work on the Hampton Roads Human Trafficking Task Force within the Norfolk, Virginia Division of HSI. My experience includes the investigation of cases involving human trafficking, child exploitation, and the use of facilities of interstate and foreign commerce in furtherance of such crimes. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the U.S. Immigration and Customs Enforcement Special Agent Training Program. I have received training in the investigation of criminal violations of federal law within the jurisdiction of HSI, and the investigation of child exploitation and human trafficking. Additionally, I have received training and gained experience in arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

1

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.      The facts in this affidavit come from my personal observations and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint and the issuance of an arrest warrant for the criminal violations described in more detail below.

## STATUTORY AUTHORITY

4.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging defendant DWIGHT DARNELL WARE MCEACHIN with violations of 18 U.S.C. § 2252(a)(2) (Distribution/Receipt of Child Pornography) and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography).

5.      18 U.S.C. § 2252(a)(2), in relevant part, makes it unlawful to knowingly receive, or distribute, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involves a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

6.      18 U.S.C. § 2252(a)(4)(B), in relevant part, makes it unlawful to knowingly possess one or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was

2

produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

## PROBABLE CAUSE

9.      On June 30, 2024, Medialab.ai, Inc. located media files containing child sexual abuse material (CSAM) on their server. Medialab.ai, Inc. reported this to the National Center for Missing and Exploited Children (NCMEC). NCMEC is a private, non-profit organization that serves as a clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues.  To further their mission NCMEC operates a Cyber Tipline and makes the information submitted available to law enforcement. In response to Medialab.ai, Inc.'s report, Cybertip (CT) 196295610 was generated. According to CT 196295610, the individual utilizing the username "ebonydreamss_qhn." uploaded apparent child pornography[1] through a Kik account ("Subject Kik Account") and the email address dreamofastrid@icloud.com ("Subject iCloud Account) was an e-mail address associated with the Subject Kik Account.

10.     According to CT 196295610, the Internet Protocol (IP) address used to upload the apparent child pornography was 68.0.32.27 ("Subject IP").  The Subject IP geolocated to Virginia Beach, Virginia, and the service provider for the Subject IP was Cox Communications.  Therefore, NCMEC referred this CT to the Virginia Beach Police Department (VBPD) for further investigation.

11.     As part of the investigation, a VBPD detective reviewed the files of apparent child pornography referenced in CT 196295610 and confirmed some of these files contained child sex abuse material.  A VBPD detective also provided your affiant with a copy of these files for review.

---

[1] For purposes of this affidavit, the terms "child pornography" and "child sex abuse material" or "CSAM" will be used synonymously.

3

On April 22, 2025 your affiant reviewed the files of apparent child pornography referenced in CT 196295610. One of these files was an approximately 55-second-long video that showed a pre-pubescent female child in an adult male's lap. The pre-pubescent female child was naked from the waist down, and her buttocks was facing the camera. Throughout most of the video, the adult male rubbed his fingers over the pre-pubescent female child's vagina and anus.

12.    VBPD served Cox Communications with an administrative subpoena to obtain subscriber records for the Subject IP during the dates and times referenced in CT 196295610. In response, Cox Communications provided the following subscriber information:

Name: Dylan C. Ware

Address: ████████████, Virginia Beach, Virginia 23462-4926 ("the Virginia Beach Residence")

Telephone: xxx-xxx-3600

Email Address/es: dylan2nice@icloud.com, 289393@cox.net

13.    On August 21, 2024, a VBPD detective obtained state search warrants for both the Subject Kik Account and the Subject iCloud Account.

14.    According to a VBPD report, the iCloud search warrant returns for the Subject iCloud Account revealed "several files of suspected child pornography" stored in the account. The VBPD report stated that one of these files was a video of an adult male having vaginal sex with a nude, pre-pubescent female between the ages of approximately 2 and 3 years old. The video contained the caption, "cuando de dejan a tu sobrina de 2 anos y se la come toda por que ya la trabajaste desde que nacio y esta lista para dusfrutar en su vaginita estrachadita." This phrase translates to "when they leave your 2-year-old niece, and she eats it all because you already worked on her since she was born, and she is ready to enjoy it in her tight vagina" in the English language.

4

This video was attached to a message sent to the email account astridware920@gmail.com ("Subject Gmail Account"). Among other things, VBPD also located email messages, resumes, and health insurance documents addressed to "Dwight McEachin" at the Virginia Beach Residence.

16.    According to a VBPD report, the MediaLab.ai search warrant return for the Subject Kik Account also revealed "several files of suspected child pornography." A VBPD detective provided your affiant with a copy of the apparent child pornography files in CT 196295610 and the search warrant returns for the Subject Kik Account for ongoing reviews. During these reviews, your affiant found still images that appeared to be screenshots of different scenes from six of the apparent child pornography videos provided in CT 196295610 stored in the returns from the Subject Kik Account.

17.    On September 12, 2024, a VBPD detective obtained a state search warrant for records associated with the Subject Gmail Account. Within these records, were e-mail messages from the Subject iCloud Account. One of these e-mail messages, sent from the Subject iCloud account to the Subject Gmail Account, contained an approximately 51 second video of an adult male performing vaginal sex on a pre-pubescent female child.

***Interview of MCEACHIN on February 4, 2025***

18.    On January 31, 2025, a VBPD detective obtained a state search warrant for the Virginia Beach Residence and MCEACHIN's vehicle. MCEACHIN was present during the execution of the search warrant on February 4, 2025, and confirmed that he lived there with his brothers. McEachin said his brothers' names were Dalton McEachin and Dylan Ware. Of note, Dylan Ware was the subscriber's name on the Cox Communications account that leased the Target IP address referenced in CT 196295610.

19.    Virginia Beach is located in the Eastern District of Virginia.

5

20.    During the execution of the search warrant, law enforcement detained MCEACHIN

and conducted an interview after advising MCEACHIN of his *Miranda* rights. MCEACHIN

acknowledged that he understood his rights and agreed to answer questions. Among other things,

MCEACHIN made the following statements:

a.    MCEACHIN advised that he lived at the Virginia Beach Residence with his brothers. MCEACHIN further said the Virginia Beach Residence was his brother's place. MCEACHIN claimed that he did not know the internet provider for the Virginia Beach Residence. MCEACHIN he and his brothers all help pay the internet bill. MCEACHIN further explained that he gave his brother $20 per month to help pay for internet access.

b.    MCEACHIN confirmed his name was Dwight MCEACHIN. However, MCEACHIN advised that he went by the name "Astrid" and formerly went by the name "Aspen."

c.    MCEACHIN initially denied using the Subject Kik Account, the Subject iCloud Account, and the Subject Gmail Account. However, MCEACHIN said he tried to get into the Subject Kik Account about a year ago. MCEACHIN also initially said he did not have an iPhone.

d.    Later in the interview, a VBPD detective showed MCEACHIN an iPhone seized from his vehicle during the execution of the search warrant. MCEACHIN admitted that the iPhone was his. VBPD detective asked if "one of those" Kik accounts would be on this iPhone, and MCAECHIN responded "there might."

e.    MCEACHIN said he was interested in talking to men who liked child pornography. MCEACHIN explained that he had sex at a young age, and he liked talking with older men "who like young people." Therefore, MCEACHIN would send child pornography to these men to encourage them to talk to him.

21.    According to a VBPD inventory, law enforcement seized six cell phones and a laptop from

the s Virginia Beach Residence and Mceachin's vehicle.

22.    At the conclusion of the execution of the search warrant at the Virginia Beach

Residence, VBPD arrested MCEACHIN and brought him before a Magistrate in the

Commonwealth of Virginia. The Magistrate asked MCEACHIN if he wanted to make any

statements. MCEACHIN responded, "The Detectives did their jobs well, and those accounts were

mine."

### *Review of an iPhone Seized from MCEACHIN's Residence*

23.    VBPD provided your affiant with a copy of data stored in an iPhone they seized

during the February 4, 2025 search of the Virginia Beach Residence.  This was the same iPhone

that MCEACHIN admitted was his during the interview with the VBPD detective.  This iPhone

had an associated International Mobile Subscriber Identity (IMSI) of 311480780410856

(hereinafter "DEVICE 1").  A "Device Name" for DEVICE 1 was "Astrid's iPhone."  The Apple

ID for DEVICE 1 was the Subject iCloud Account.  Your affiant reviewed the data stored in

DEVICE 1, and among other things, located the following:

a.    Several messages from the Telegram instant messaging application stored in

DEVICE 1.  Based on these messages, it appeared the user of DEVICE 1 utilized the Telegram

username "Aspen Exhibition" during these message exchanges.  The following are Telegram

message exchanges between "Aspen Exhibition" and an individual utilizing the Telegram

username "Anon" that took place on July 24, 2024:

Anon:  Trade

Anon:  ???

Aspen Exhibition:  I'm down send me something

Aspen Exhibition:  I know people to trade with for a new phone

25.    "Anon" then sent "Aspen Exhibition" a video of what appeared to be a minor

female dancing.  The minor female was naked from the waist down and her buttocks and genitals

were displayed to the camera. The information on this file indicated that this video lasted

approximately 3 minutes and 23 seconds.  However, only the first 9 seconds of this video was

playable.

26.     After receiving the above-referenced video, "Aspen Exhibition" sent "Anon" a 12 second video depicting two nude adult males with a nude pre-pubescent female child. The pre-pubescent female child was on her hands and knees. One adult male appeared to be having vaginal intercourse with the pre-pubescent female child from behind while she performed oral sex on the other adult male.

27.     Telegram is an online messaging application that requires use of the internet.

28.     Your affiant also located several .jpg files in DEVICE 1 that appeared to contain CSAM. Among others, your affiant located a file titled "IMG_6250.JPG." This file contained an image of a pre-pubescent female child performing oral sex on an adult male. The "created," "last accessed," and "last modified" dates for this file were all December 3, 2024.

29.     Your affiant also located an outgoing iMessage on DEVICE 1, dated July 11, 2024. This outgoing message read, "Just summited the application The email is under astridware920@gmail.com." There was also an incoming text message, dated October 25, 2023, in DEVICE 1. This message stated, "Walmart:  Congrats, we would like to make you a job offer! Please click the link to view offer and login with email astridware920@gmail.com. Offer expires in 24 hours."   Thus, these incoming and outgoing text messages sent and received by DEVICE 1 both referenced the Subject Gmail Account.

30.     Your affiant also located two outgoing messages stored in DEVICE 1, one dated November 15, 2023, and the other dated February 8, 2024, in which DEVICE 1's user wrote that their Twitter username was "Ebonydreamss."

31.     There was also an outgoing iMessage, dated December 9, 2022, stored in DEVICE 1, that stated, "Hey It's Astrid formally known as Dwight lol new number new iPhone now I'm

blue."

32.     Your affiant confirmed MCEACHIN was under the supervision of a United States Probation Officer as a result of a June 16, 2015 conviction for Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) in the Eastern District of Virginia's Norfolk Division (Criminal Case No. 2:15-cr-3).  On April 23, 2025, your affiant reviewed a copy of the Judgment in MCEACHIN's prior federal criminal case.  According to the Judgment, the court sentenced MCEACHIN to a lifetime of supervised release.  The same Judgment required MCEACHIN to:

> Submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision.

The Judgement also required MCEACHIN to:

> register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.

## CONCLUSION

32.     Based on the information and evidence set forth above, I respectfully submit there is probable cause to establish that DWIGHT MCEACHIN committed the following offenses:

COUNT ONE: On or about July 24, 2024, within the Eastern District of Virginia, DWIGHT MCEACHIN knowingly distributed, a visual depiction of a minor engaging in sexually explicit conduct using a means or facility of interstate or foreign commerce, in violation of 18 U.S.C. § 2252(a)(2); and

COUNT TWO: On or about February 4, 2025, within the Eastern District of Virginia, DWIGHT MCEACHIN knowingly possessed one or more books, magazines, periodicals, films, video tapes, or other matter which contained a visual depiction of a minor engaging in sexually explicit conduct, that had been mailed, or had been shipped or transported using

9

any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, in violation of 18 U.S.C. § 2252(a)(4)(B).

33.    Accordingly, I request that a complaint be issued charging DWIGHT MCEACHIN with such offenses

FURTHER, AFFIANT SAYETH NOT.

                                   _____

                                   Jason Brumbelow
                                   Special Agent
                                   Homeland Security Investigations

Subscribed and sworn before me on this 28th day of April 2025, in the City of Norfolk, Virginia.

                                 _____
                                   UNITED STATES MAGISTRATE JUDGE